### FELIX BURGOS *v.* COMMISSION ON HUMAN RIGHTS
### AND OPPORTUNITIES ET AL.
### (12999)

DUPONT, C. J., and LAVERY and HEIMAN, Js.

Submitted on briefs February 16—decision released March 21, 1995

*Felix Burgos,* pro se, the appellant (plaintiff), filed a brief.

*Philip A. Murphy, Jr.,* commission counsel, and *Charles Krich,* staff attorney, filed a brief for the appellee (named defendant).

PER CURIAM. The judgment is affirmed.